# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

December 16, 2009

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, New York 12207

RE: Bankruptcy Estate of **Bonnie L. Earley**
    Bankruptcy No. **08-13881 - Chapter 7**

Dear Clerk:

Enclosed please find our Trustee's check number 112 in the sum of $161.30 representing funds uncashed after the 90 day period in the above captioned bankruptcy estate. This check replaces the following check(s):

Check No.107 in the amount of $161.30 payable to Anesthesia Group of Albany, PC, 102 Hackett Boulevard, Albany, New York 12209 dated September 9, 2009..

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.